No. 81–409.  CANLIS, SHERIFF-CORONER, ET AL. *v.* SAN JOAQUIN SHERIFF'S POSSE COMITATUS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–410.  NEW YORK *v.* PEPPER.  Ct. App. N. Y.  Certiorari denied.

No. 81–413.  OHLER *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 81–418.  BREW ET AL., TRUSTEES *v.* FIRST WALL STREET SETTLEMENT CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–426.  FOREMOST INTERNATIONAL TOURS, INC. *v.* QANTAS AIRWAYS LTD.  C. A. 9th Cir.  Certiorari denied.

No. 81–428.  SCHREIBER *v.* LIVA ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 81–429.  BUSHELMAN *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 81–434.  MOLINA *v.* POPULAR DEMOCRATIC PARTY ET AL.  Sup. Ct. P. R.  Certiorari denied.  Reported below: —— P. R. R. ——.

No. 81–436.  HURLEY *v.* COMMONWEALTH LAND TITLE INSURANCE CO.  C. A. 10th Cir.  Certiorari denied.

No. 81–439.  WINZER *v.* KANSAS CITY SOUTHERN RAILWAY CO.  Ct. Civ. App. Tex., 9th Sup. Jud. Dist.  Certiorari denied.

No. 81–444.  MODIN *v.* NEW YORK CENTRAL CO. ET AL.  C. A. 6th Cir.  Certiorari denied.